The following constitutes
the order of the court. Signed April 12, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                )   Case No: 99-56382
                      )
    Dorthy Izumi      )   Chapter No. 7
                      )
Debtor                )   **ORDER TO PAY UNCLAIMED FUNDS**
                      )

It appearing that the check(s) made payable to Direct Merchants Credit Card Bank, in the amount of $1,504.16 was not cashed within the 90 day limit and an unclaimed money report was entered on 11/5/2004 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Resurgent Capital Services LP C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,504.16, to:

Resurgent Capital Services
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

**End of Order**
**No Service List Requested**